# David Paul Daniels, PC

3300 Federal Street
Camden, NJ 08105
Phone 856-338-0411
Fax: 856-541-0891
dd6272

## UNITED STATES BANKRUPTCY COURT
### District of NEW JERSEY
### CAMDEN DIVISION

IN RE: **Hannah Jr., Willie**         Bankruptcy No:     05-35432
                                       Chapter:           13

**CERTIFICATION OF SERVICE**

**Hearing Date:**     12/21/2005

I, Maria Hernandez, secretary for the law office of David Paul Daniels, PC, 3300 Federal Street, Camden, NJ, certify:

that on September 19, 2005, I served by regular mail a copy of Order Respecting Amendment, Transmittal Letter and Notice of Hearing on Confirmation of Plan to:

Tri-State Alarm, LLC
2193 West Chester Pike
Broomall, PA 19008

I certify under penalty of perjury that the foregoing is true and correct.

                                                /s/   Maria Hernandez
DATED: September 19, 2005                       Maria Hernandez