2005-0942
Loan #(Last 4 digits): 1657
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for U.S. Bank, N.A.
WP0186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| Willie  Hannah | : CASE NO. 05-35432 GMB |
| | : |
| | : CHAPTER: 13 |
| **Debtor(s)** | : |
| | : HEARING DATE: N/A |
| | : |

CERTIFICATION OF DEFAULT

Olivia A. Todd does hereby certify:

1. I am the President of National Default Servicing Corporation, as authorized servicing agent for U. S. Bank N.A., debtor's mortgagee, a secured creditor.

2. On October 21, 2009, an Order issued from this Court, a copy of which is attached hereto as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a thirty (30) day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order by either missing payments and/or by failing to make the correct payments as summarized on the payment history set forth hereafter.

4. This certification is being made in an effort to enforce the prior order of this court

and to vacate the stay without numerous court appearances.

      5. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

           /s/ Olivia A. Todd
           Olivia A. Todd

DATED:  08/20/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2005-0942
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for U.S. Bank, N.A.
WP0186

In Re:
Willie Hannah

Case No.: 05-35432 GMB

Chapter: 13

Hearing Date: N/A

Judge: Honorable Gloria M. Burns

# CERTIFICATION RE POST-PETITION PAYMENT HISTORY
# ON THE NOTE AND MORTGAGE

Olivia A. Todd of full age, employed as the President of National Default Servicing Corporation, as authorized servicing agent for U. S. Bank N.A., hereby certifies the following information:

Property Address: 586 Pfeiffer Street, Camden, NJ 08105-

Mortgage Holder: U.S. Bank Home Mortgage N.A.

Mortgagor(s)/Debtor(s): Willie Hannah

POST-PETITION PAYMENTS (Petition filed on August 8, 2005)

| Loan(Last 4 digits)# 1657 Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $429.14 | 09/01/05 | 09/01/05 | $432.00 | 09/20/05 | 4721004749 |
| 2. $429.14 | 10/01/05 | 10/01/05 | $430.00 | 10/18/05 | 46718314049 |
| 3. $429.14 | 11/01/05 | 11/01/05 | $430.00 | 11/15/05 | 4703748715 |
| 4. $429.14 | 12/01/05 | 12/01/05 | $430.00 | 12/20/05 | 4703749404 |
| 5. $429.14 | 01/01/06 | 01/01/06 | $429.00 | 01/18/06 | 47037499840 |
| 6. $429.14 | 02/01/06 | 02/01/06 | $430.00 | 02/21/06 | 47037506659 |
| 7. $429.14 | 03/01/06 | 03/01/06 | $440.00 | 03/14/06 | 48232292977 |
| 8. $429.14 | 04/01/06 | 04/01/06 | $430.00 | 04/18/06 | 47023017701 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | $429.14 | 05/01/06 | 05/01/06 | $430.00 | 06/19/06 | 48232311171 |
| 10. | $429.14 | 06/01/06 | 06/01/06 | $430.00 | 07/18/06 | 4876909414 |
| 11. | $429.14 | 07/01/06 | 07/01/06 | $430.00 | 08/15/06 | 48769099380 |
| 12. | $429.14 | 08/01/06 | 08/01/06 | $430.00 | 09/18/06 | 4857230444 |
| 13. | $429.14 | 09/01/06 | 09/01/06 | $430.00 | 10/17/06 | 48572317156 |
| 14. | $429.14 | 10/01/06 | 10/01/06 | | | |
| 15. | $429.14 | 11/01/06 | 11/01/06 | $440.00 | 11/27/06 | 4857231168 |
| 16. | $429.14 | 12/01/06 | 12/01/06 | $430.00 | 12/19/06 | 4965140559 |
| 17. | $429.14 | 01/01/07 | 01/01/07 | $430.00 | 01/17/07 | 4965141184 |
| 18. | $398.95 | 02/01/07 | 02/01/07 | $430.00 | 02/21/07 | 48572315407 |
| 19. | $398.95 | 03/01/07 | 03/01/07 | $430.00 | 03/20/07 | 56577103693 |
| 20. | $398.95 | 04/01/07 | 04/01/07 | $430.00 | 04/17/07 | 5657109787 |
| 21. | $398.95 | 05/01/07 | 05/01/07 | $430.00 | 05/31/07 | 100331503822 |
| 22. | $398.95 | 06/01/07 | 06/01/07 | $430.00 | 07/31/07 | 56577116904 |
| 23. | $398.95 | 07/01/07 | 07/01/07 | $500.00 | 08/14/07 | 100689683391 |
| 24. | $398.95 | 08/01/07 | 08/01/07 | | | 100689676142 |
| 25. | $398.95 | 09/01/07 | 09/01/07 | $500.00 | 09/20/07 | 100689676142 |
| 26. | $398.95 | 10/01/07 | 10/01/07 | $500.00 | 10/18/07 | 10092855955 |
| 27. | $398.95 | 11/01/07 | 11/01/07 | $500.00 | 12/18/07 | 10092857105 |
| 28. | $398.95 | 12/01/07 | 12/01/07 | $430.00 | 01/15/08 | 100928564880 |
| 29. | $398.95 | 01/01/08 | 01/01/08 | $440.00 | 02/19/08 | 10121555752 |
| 30. | $669.23 | 02/01/08 | 02/01/08 | $430.00 | 03/18/08 | 101381766222 |
| | | | debtor suspense | $430.00 | 04/15/08 | 10138177836 |
| 31. | $669.23 | 03/01/08 | 03/01/08 | $440.00 | 07/15/08 | 562480146 |
| 32. | $669.23 | 04/01/08 | 04/01/08 | $700.00 | 08/13/08 | 10181133329 |
| 33. | $669.23 | 05/01/08 | 05/01/08 | $700.00 | 09/10/08 | 10181132467 |
| 34. | $669.23 | 06/01/08 | 06/01/08 | $800.00 | 11/24/08 | 101811319038 |
| 35. | $669.23 | 07/01/08 | 07/01/08 | $800.00 | 11/24/08 | 101899420359 |
| 36. | $669.23 | 08/01/08 | 08/01/08 | $1,000.00 | 12/16/08 | 499922 |
| 37. | $669.23 | 09/01/08 | 09/01/08 | $130.00 | 12/16/08 | 499924 |
| | | | debtor suspense | $500.00 | 02/18/09 | 10223065163 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38. | $669.23 | 10/01/08 | 10/01/08 | $1,000.00 | 02/19/09 | 10223064544 |
| 39. | $669.23 | 11/01/08 | 11/01/08 | $485.00 | 03/17/09 | 10223065810 |
| | | | debtor suspense | $500.00 | 04/13/09 | 102528073076 |
| 40. | $669.23 | 12/01/08 | 12/01/08 | $500.00 | 05/18/09 | 10252806636 |
| 41. | $669.23 | 01/01/09 | 01/01/09 | $500.00 | 06/16/09 | 10252807134 |
| 42. | $483.71 | 02/01/09 | 02/01/09 | $500.00 | 07/16/09 | 4912409809 |
| 43. | $503.06 | 03/01/09 | 03/01/09 | $500.00 | 08/18/09 | 4912408917 |
| 44. | $503.06 | 04/01/09 | | $0.00 | | |
| 45. | $503.06 | 05/01/09 | | $0.00 | | |
| 46. | $503.06 | 06/01/09 | | $0.00 | | |
| 47. | $503.06 | 07/01/09 | | $0.00 | | |
| 48. | $503.06 | 08/01/09 | | $0.00 | | |
| TOTAL: | $23,615.61 | | | $21,836.00 | | |

| | |
|---|---|
| Post-Petition Payments Due: | $23,615.61 |
| Less:  Amount Received: | ($21,836.00) |
| Appraisal charges: | |
| Inspection charges: | $320.00 |
| NSF charges: | |
| Other (Specify): | |
| Total Due: | $2,099.61 |

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal................ | $283.55 | (Principal & Interest, where applicable) |
| Interest.................. | $0.00 | |
| R.E. Taxes............. | $128.92 | |
| Insurance............... | $16.67 | |
| MIP....................... | $0.00 | |
| Shortage................ | $0.00 | |
| Cushion/Reserve... | $0.00 | |
| Late Charge........... | $17.17 | |
| Other..................... | $0.00 | Specify: |
| TOTAL................. | $446.31 | |

Each current monthly payment is comprised of:

    Principal................. $283.55      (Principal & Interest, where applicable)

    Interest.................. $0.00

    R.E. Taxes............. $115.40

    Insurance............... $0.00

    MIP...................... $0.00

    Shortage................ $0.00

    Cushion/Reserve... $0.00

    Late Charge........... $15.96

    Other..................... $0.00      Specify:

    TOTAL................. $414.91


Each current monthly payment is comprised of:

    Principal................. $283.55      (Principal & Interest, where applicable)

    Interest.................. $0.00

    R.E. Taxes............. $181.26

    Insurance............... $0.00

    MIP...................... $0.00

    Shortage................ $204.42

    Cushion/Reserve... $0.00

    Late Charge........... $26.77

    Other..................... $0.00      Specify:

    TOTAL................. $696.00


Each current monthly payment is comprised of:

    Principal................. $283.55      (Principal & Interest, where applicable)

    Interest.................. $0.00

    R.E. Taxes............. $200.16

    Insurance............... $0.00

    MIP...................... $0.00

    Shortage................ $0.00

    Cushion/Reserve... $0.00

    Late Charge........... $19.35

    Other..................... $0.00      Specify:

    TOTAL................. $503.06

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):

_____

_____

_____


PRE-PETITION ARREARS: _____ to _____

( _____ mos.  x  $0.00 /mo. =  $0.00 )


I certify under penalty of perjury that the foregoing is true and correct.


 08/20/2009                                              /s/ Olivia A. Todd
Date of signature                                        Signature