2005-0942
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for U. S. Bank N. A.
Attorney ID: WP0186

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 05-35432 GMB |
| Willie Hannah | : |
| | : Hearing Date: October 13, 2009 |
| | : |
| **Debtor(s)** | : Judge: Honorable Gloria M. Burns |
| | : |
| | : Chapter: 13 |

### CERTIFICATION OF SERVICE

I, the undersigned, am a legal assistant with Powers Kirn, LLC, attorneys for the movant/creditor.

On October 15, 2009, I served a copy of the form of Order submitted herewith by the following means to:

Willie Hannah **DEBTOR**
586 A Pfeiffer Street
Camden, NJ 08105-
(Served By First Class Mail)

| | |
|---|---|
| Isabel C. Balboa **TRUSTEE** | David P. Daniels, Esquire **ATTORNEY** |
| 535 Route 38, Suite 580 | 3300 Federal Street |
| Cherry Hill, NJ 08002 | Camden, NJ 08105 |
| (Served By E-Mail) | (Served By E-Mail) |

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                 /s/ Janet Tedesco
                                                   Janet Tedesco

DATED: October 15, 2009