UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 05-35432 GMB

Debtor: Willie Hannah, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1697602 | U.S. Bank | 1268.31 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 19, 2010